UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In Re: | * | Bankruptcy No. 13-50600 |
| | * | |
| | * | |
| BERNITE DURAL | * | Chapter 11 |

Motion of United States of America
to Dismiss Case without Prejudice

The United States of America ("United States") for the Internal Revenue Service ("IRS"), United States Treasury, moves pursuant to 11 U.S.C. §1112 to dismiss, without prejudice, the above captioned and numbered Chapter 11 bankruptcy case of Bernite Dural ("Debtor") as follows:

1.

Debtors, Stanley and Bernite Dural, filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code on May 30, 2013. The Amended Chapter 11 Plan was confirmed on February 25, 2014.

2.

Debtor, Bernite Dural, has failed to pay Debtor's post-petition federal income taxes in full.

3.

The unpaid balance of Debtor's 2014 federal income tax liability as of January 4, 2018, is $46, 299.80. The unpaid balance of Debtor's 2015 federal income tax liability as of January 4, 2018, is $52,589.76. The unpaid balance of Debtor's 2016 federal income tax liability as of January 4, 2018, is $20,446.33.

1

4.

The failure of Debtor to fulfill Debtor's obligations post-petition under Title 26 of the United States Code to timely pay taxes is cause under 11 U.S.C. § 1112(b)(4)(I) for dismissal without prejudice of the above captioned and numbered case.

Wherefore, the United States prays, after notice and hearing, the above captioned and numbered case be dismissed and for such other general and equitable relief to which it may be entitled.

Respectfully submitted,

Alexander Van Hook
United States Attorney

By: /s/Cristina Walker 08497
Assistant United States Attorney
Western District of Louisiana
300 Fannin Street, Suite 3201
Shreveport, LA 71101-3068
(318) 676-3634; Fax (318) 676-3642

<u>Certificate of Service</u>

I certify that in addition to the electronic service of the foregoing Motion by the Bankruptcy Noticing Center, a copy of said objection has been mailed first class, postage prepaid, from Shreveport, Louisiana, on February 28, 2018, to:

>Bernite Dural
>526 Hector Connoly Road
>Carencro, LA 70520

>By: <u>/s/Jennifer E. Washington</u>
>United States Attorney's Office
>Western District of Louisiana
>300 Fannin Street, Suite 3201
>Shreveport, LA 71101-3068

3

13-50600 - #89  File 02/28/18  Enter 02/28/18 16:46:53  Main Document  Pg 3 of 3